UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-po-00620-DB |
| Plaintiff, | ) ) | ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. | ) ) | |
| MICHAEL E. GILLETTE, | ) | DATE: January 12, 2021 |
| Defendant. | ) ) | TIME: 9:00 a.m. JUDGE: Honorable Deborah Barnes |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-po-00620-DB with prejudice is GRANTED.

It is further ordered that the initial appearance scheduled on January 12, 2021, is vacated.

IT IS SO ORDERED.

Dated: March 29, 2021

/s/ Deborah Barnes

HON. DEBORAH BARNES
United States Magistrate Judge